

THE ATTORNEY GENERAL

OF TEXAS

AUSTIN 11, TEXAS

JOHN BEN SHEPPERD
ATTORNEY GENERAL

December 4, 1953

Hon. C. H. Cavness          Opinion No. S-114
State Auditor
Capitol Station             Re: Counting by State Auditor
Austin, Texas                   of semester hours of which
                                approval is made by Texas
                                Education Agency after
Dear Mr. Cavness:               November 1.

        Section 2 of Article IV of Chapter 81, Acts
of the 53rd Legislature, 1953, page 126, 306 (the General
Appropriations Act for the current biennium) provides in
part:

        "The Texas Central Education Agency
    shall determine whether each eligible Public
    Junior College has complied with all the pro-
    visions of this section; shall determine
    each College's list of courses on which
    participation herein is to be based; and
    shall certify its findings and such lists
    to the State Auditor not later than November
    1st of each year."

        You ask if you must count for apportionment pur-
poses the semester hours in those courses approved by
the Texas Education Agency later than November 1, 1953.

        "Statutes that regulate and prescribe
    the time within which officers shall perform
    specified duties are ordinarily regarded
    as merely directory insofar as the time is
    concerned. Though the officer neglects to
    act within the time prescribed, if he acts
    afterwards the public will not be permitted
    to suffer by the delay." 34 Tex. Jur. 456,
    Public Officers, Sec. 77. See also Truehart
    v. Addicks, 2 Tex. 217 (1847); State v.
    Fox, 133 S.W.2d 987 (Tex.Civ.App. 1939,
    error ref.); Att'y Gen. Op. O-6708 (1945).

Consequently, the State Auditor must count semester hours in courses approved by the Texas Education Agency after November 1st, 1953, since the Legislature did not intend to restrict the apportionment to any Public Junior College because its courses were not approved by the Texas Education Agency within the time directed. The date of November 1st, as used in the Appropriation Act, is merely directory, rather than mandatory.

## SUMMARY

The State Auditor is authorized by the current Appropriation Act to count for Public Junior College apportionment purposes the semester hours in courses certified to him by the Texas Education Agency even though the certification is made after the date specified in the Act.

Yours very truly,

APPROVED:

JOHN BEN SHEPPERD
Attorney General

J. C. Davis, Jr.
County Affairs Division

Mary K. Wall
Reviewer

By *Billy E. Lee*

Billy E. Lee
Assistant

Robert S. Trotti
First Assistant

BEL:am